# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

**CIVIL ACTION NO.   99-cv-01559-RPM**

**Timothy Vialpando,**
    **Plaintiff(s),**

**vs.**

**Colorado Attorney General.,**
    **Defendant(s).**

## ORDER RETURNING STATE COURT RECORD

Upon careful examination of the record, it appears that the disposition of the above captioned case is now final.  It is, therefore

**ORDERED** that the Clerk shall return the State Court Record.

DATED at Denver, Colorado, this 9th day of  May, 2007.

BY THE COURT:

s/Richard P. Matsch

**Richard P. Matsch, Senior Judge**